## BENNETT *et al.* v. ABBOTT.

No. 6142. Opinion Filed February 1, 1916.

(154 Pac. 1156.)

**APPEAL AND ERROR—Death of Party—Dismissal.** One of the plaintiffs in error died pending proceedings in error and before submission in this court. Nothing was done to revive the action, and the year (sec. 5294, Rev. Laws 1910) expired. The defendant in error, without consenting to a revivor, moved to dismiss. **Held** that the action is barred by the statute, and the appeal is ordered dismissed.

(Syllabus by Mathews, C.)

*Error from District Court, Bryan County;*
*Jesse M. Hatchett, Judge.*

Action by Charles P. Abbott against Florence Bennett and another. Judgment for plaintiff, and defendants bring error. Dismissed.

*Porter Newman,* for plaintiffs in error.

*McPherren & Cochran,* for defendant in error.

Opinion by MATHEWS, C. On January 5, 1916, the defendant in error filed a motion to dismiss this appeal, alleging therein that W. D. Coleman, one of the plaintiffs in error, died on December 14, 1914, that a joint judgment was rendered in the trial court against both of the plaintiffs in error, and that this action has not been revived in the name of the administrator of the estate of the said W. D. Coleman.

This appeal was perfected on March 12, 1914, and submitted December 13, 1915. There has been no effort made to revive the same. Following the rule laid down in *McKay v. Watson et al.,* 40 Okla. 353, 137 Pac. 1177, we recommend that the appeal be dismissed.

By the Court: It is so ordered.